IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| COURTNEY BLACKMON, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TITLEMAX OF GEORGIA, INC. D/B/A TITLEMAX AND TMX FINANCE LLC,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) | Case Number<br>4-24-cv-49-WMR |

ORDER ON DISCOVERY

The following dates are to apply in this case:

| | |
|---|---|
| February 28, 2025 | Fact Discovery shall commence |
| October 17, 2025 | Class Expert Discovery shall commence |
| October 17, 2025 | Plaintiff shall identify and serve expert report(s) of any expert she intends to rely upon in support of class certification |
| October 17, 2025 | Defendants shall identify and serve expert report(s) of any expert they intend to rely upon in opposition to class certification (if any) |
| December 5, 2025 | Plaintiff shall identify and serve expert rebuttal report(s), if any, they intend to reply upon in support of class certification |
| December 5, 2025 | Plaintiff shall identify and serve expert rebuttal report(s), if any, that Plaintiff intends to rely upon in support of class certification |
| January 30, 2026 | The Parties shall complete all depositions of experts to be relied upon in support of class certification |

| January 30, 2026 | Class expert discovery closes |
|---|---|
| February 27, 2026 | The Parties shall file any Rule 702/*Daubert* motions they intend to file against class experts |
| February 27, 2026 | Plaintiff shall file her Motion for Class Certification |
| April 28, 2026 | Defendants' opposition to the Motion for Class Certification is due |
| April 28, 2026 | The Parties' oppositions to any Rule 702/*Daubert* motions are due |
| May 28, 2026 | Plaintiff's Reply in Support of her Motion for Class Certification is due |
| May 28, 2026 | The Parties' replies in support of their Rule 702/*Daubert* motions are due |
| June 26, 2026 (or on such other date as may be convenient for the Court) | Hearing on Class Certification Motion, Rule 702/*Daubert* Motions for Class Experts |
| 21 days after the latter of the Court's Ruling on Class Certification or the 11th Circuit's disposition of any requested appeal of class certification | The Parties shall meet and confer regarding remaining merits discovery (fact and expert), if any, and dispositive motion deadline |
| 28 days after the latter of the Court's Ruling on Class Certification or the 11th Circuit's disposition of any requested appeal of class certification | Status Conference to discuss stay pending appeal and case schedule in the event no stay is entered |

This 15th day of April, 2025.



WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE